NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ANTHONY PETERSON,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )          Case No. 2D17-4607
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____)

Opinion filed April 18, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Frank Quesada,
Judge.


PER CURIAM.


         Affirmed.  See Lindquist v. State, 155 So. 3d 1193 (Fla. 2d DCA 2014);

Durant v. State, 177 So. 3d 995 (Fla. 5th DCA 2015) (en banc); Walden v. State, 112

So. 3d 578 (Fla. 4th DCA 2013).


SILBERMAN, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.